USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   5/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NIQUAN WALLACE, on his own behalf and on
behalf of others similarly situated,

                          Plaintiff,

            -against-

CRAB HOUSE, INC. d/b/a CRAB HOUSE, et al.,

                          Defendants.

---

21-CV-05381 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

Plaintiff Niquan Wallace brings this Fair Labor Standards Act case against Defendants Crab House, Inc. ("Crab House"), San-Yiu Cheng, Calvin Cheng, San-Chong Cheng, and En Zheng. Plaintiff was a server at Lobster House Seafood Buffet Restaurant ("Lobster House"). He alleges Lobster House committed numerous wage-and-hour violations and that Defendants are liable as successors to Lobster House. Plaintiff is also a party to an action pending in the Eastern District of New York against Lobster House and individual defendants for the wage-and-hour violations complained of in this matter: *Karaisaridis v. Red Panda Asian Bistro*, No. 19-CV-03780 (the "EDNY Action"). On June 21, 2022, Judge Failla stayed this matter pending a final judgment in the EDNY Action. Dkt. No. 22; *see also* Dkt. No. 24 (continuing the stay and ordering the parties to file a joint status letter within fourteen (14) days of a determination of Lobster House's liability in the EDNY Action). The matter was re-assigned to the undersigned on February 21, 2024.

That brings us to case number three. On July 4, 2021, Plaintiff filed a separate lawsuit in this district against Crab House, Inc., as well as San-Kit Cheng, Mengxiang Wang, Songqiang Wang, and Haifan Wang. *See Wallace v. Crab House, Inc.*, No. 21-CV-05767 (LJL) (the "Other SDNY Action"). In the Other SDNY Action, Plaintiff alleged racial discrimination and brought claims under 42 U.S.C. § 1981, the New York State Human Rights Law, and the New York City Human Rights Law. Judge Liman ultimately dismissed the action in a March 13, 2023 Opinion & Order, concluding Plaintiff had failed to show Crab House was a successor of Lobster House and failed to state a claim against the individual defendants. *See* Other SDNY Action, Dkt. No. 36.

Turning back to the EDNY Action, Defendants moved for partial summary judgment on *res judicata* grounds on June 7, 2024, arguing Plaintiff's FLSA and New York Labor Law retaliation claims should be dismissed because Judge Liman's order was an adjudication on the merits and Plaintiff could have brought his retaliation claims in the Other SDNY Action. *See* EDNY Action, Dkt. No. 107. On February 3, 2026, Chief Magistrate Judge Scanlon issued a Report and Recommendation ("R&R") that the partial summary judgment motion be granted. *Id.* Judge Vitaliano adopted the R&R on February 19, 2026, and dismissed Plaintiff's retaliation claims.

On consideration of the foregoing, the parties in this lawsuit are hereby ORDERED to file a joint status update on or before **May 15, 2026**. The status update must provide a summary of the issues in this litigation and apprise the Court on the status of the EDNY Action. Additionally, in the status update, Defendants must indicate whether they wish to move for judgment on the pleadings under Rule 12(c) concerning some or all of the claims in this lawsuit on *res judicata* or collateral estoppel grounds based on Judge Liman's March 13, 2023 Opinion & Order.

Dated: May 8, 2026
        New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge

2